UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAELA MANAGO and QUENTIN PAUL GARCIA,<br><br>Plaintiffs,<br><br>v.<br><br>HAP TRUCKING LTD; and GURHAM SINGH GILL,<br><br>Defendants. | No. 2:24-cv-01496-TLN-CKD<br><br>**ORDER** |

This matter is before the Court on Plaintiffs' Motion for Issuance of Letter Rogatory to Supreme Court of British Columbia to obtain the deposition testimony of Robinjeet Singh, a Canadian citizen. (ECF No. 29.) Plaintiffs' motion details why Singh's testimony is relevant to this case. (*Id.* at 4–5.) Defendants filed a statement of non-opposition. (ECF No. 34.)

In consideration of Plaintiffs' representations and good cause appearing, Plaintiffs' motion for issuance of a letter rogatory is GRANTED. The Court will sign and affix its seal to the letter of rogatory submitted in support of the motion (ECF No. 30 at 34–46 [Ex. D]) and return the letter with original signature and seal to Plaintiffs for submission to the appropriate authority.

//

//

1

1       IT IS SO ORDERED.

2    Date: September 30, 2025

                                        _____
                                        TROY L. NUNLEY
                                        CHIEF UNITED STATES DISTRICT JUDGE

2